**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.:   65-765/77-85

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 7401**

-------------------------------------------------------x
FORTIS CORPORATE INSURANCE a/s/o
SECO STEEL TRADING, INC.,

          Plaintiff,

  -against-

M/V "ATLANTIC FORTUNE", her engines,
boilers, etc., S K SHIPPING CO., LTD., and
ELLORA SEA CARRIERS INC.,

          Defendants.
-------------------------------------------------------x

Case No.:   07 Civ.   (     )

**STATEMENT PURSUANT
TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

  See Attachment.

Dated: New York, New York
      August 17, 2007

                                                    _/s/ Lawrence C. Glynn_
                                                    Lawrence C. Glynn (LG 6431)