UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FORTIS CORPORATE INSURANCE a/s/o
SECO STEEL TRADING, INC.,

                Case No.: 07 Civ. 7401 (PKL)

            Plaintiff,

                **NOTICE AND ORDER OF DISCONTINUANCE** ~~WITHOUT PREJUDICE~~

-against-

M/V "ATLANTIC FORTUNE", her engines,
boilers, etc., S K SHIPPING CO., LTD., and
ELLORA SEA CARRIERS INC.,,

            Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2007

      PLEASE TAKE NOTICE that the above captioned matter is hereby discontinued as against defendant ELLORA SEA CARRIERS INC., only, without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

                Yours, etc.,

                **NICOLETTI HORNIG & SWEENEY**
                Attorneys for Plaintiff

      By: _____
                Lawrence C. Glynn (LG 6431)
                Wall Street Plaza
                88 Pine Street
                New York, New York
                (212) 220-3830
                NH&S File No.: 65000665/777-85LCG

Dated: New York, New York
        September ____, 2007

                        9/25/07

      SO ORDERED: _____
                                U.S.D.J.

To:

SK Shipping
19th Floor, Namsan Building, 267, 5-ga
Namdaemun-ro, Chung-gu
Seoul, Korea 100-711
Attn:   Ms. Sunyoung Rim

Ellora Sea Carriers Inc.
c/o Sandigan Ship Services Inc.
9th Floor Celestiana D
Ty Tower 104
Paseo de Roxas Makati
Manila, Philippines

Ms. Wendy Wang
Lamorte Burns & Co., Inc.
400 Oceangate, Suite 450
Long Beach, California 90802-4389