477-07/MEU
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
S K SHIPPING CO., LTD.
80 Pine Street
New York, New York 10005
(212) 425-1900
Michael E. Unger (ME0045)
William J. Pallas (WP 6201)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FORTIS CORPORATE INSURANCE a/s/o
SECO STEEL TRADING, INC.,

       Plaintiff,      07 Civ. 7401

 -against-

               **RULE 7.1 STATEMENT**

M/V ATLANTIC FORTUNE, her engines,
boilers, etc., S.K. SHIPPING CO., LTD., and
ELLORA SEA CARRIERS, INC.,

       Defendants.
-------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant S.K. SHIPPING CO., LTD., certifies that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

Dated: New York, New York
    November 14, 2007

              FREEHILL, HOGAN & MAHAR, LLP
              Attorneys for Defendant
              S.K. SHIPPING CO., LTD.

              By:_____
                Michael E. Unger (MU0045)
                William J. Pallas (WP 6201)
              80 Pine Street
              New York, New York 10005-1759
              (212) 425-1900