# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.

1) that the document has been served*
- the (date) _____2007. 11. 26._____
- at (place, street, number) __서울 중구 명동로5가 267 부산그린빌딩 19층__

- in one of the following methods authorised by article 5 :
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
b) in accordance with the following particular method* :
_____
c) by delivery to the addressee, who accepted it voluntarily* •

The documents referred to in the request have been delivered to :
- (identity and description of person) ___엄미숙___
- relationship to the addressee (family, business or other) : ___사무실 (employee)___

2) that the document has not been served by reason of the following facts *
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes
Documents returned :
_____

In appropriate cases, documents establishing the service :
___우편송달통지서___

Done at ___서울중앙지방법원 민사신청과___

the ___2008. 1. 7.___
Signature and/or stamp

서울중앙지방법원 민사신청
법원주사보 허 현

* Delete if inappropriate.

| 사건 2007 러 164 | | 우편송달통지서 | 발송일 : 2007. 11. 21 | | | |
|---|---|---|---|---|---|---|
| 송달서류　2007-483 사법공조(공한사본 및 첨부서류) —민사신청과 사법공조담당— 서울중앙지방법원 (우 : 137-737) 　법원 주사보 허 현 정 송달받을 사람 100-711 서울 중구 남대문로5가 267 남산2런빌딩 19층 SK해운(주) | | | 배달 못한 사유 | | | |
| | | 구분/회수 | 1회 | 2회 | 3회 |
| | | 1. 수취인부재 | | | |
| | | 2. 폐문 부재 | | | |
| | | 3. 수취인불명 | | | |
| | | 4. 주소 불명 | | | |
| | | 5. 이사 불명 | | | |
| | | 6. 기타 | | | |
| | | 배달 날짜 | | | |
| | | 집배원 확인 | | ㉞ | |
| | | 사유 기재 | | | |

| 송 달 방 법 | | 영 수 인 | | |
|---|---|---|---|---|
| | | 이 름 | 관 계 | 서명 또는 날인 |
| 1 | 본인에게 주었다. | - | - | |
| 2 | 본인을 만나지 못하여 ① 내지 ③ 사람에게 주었다. | ① 본인 영업소, 사무소의 사무원 또는 피용자 | | | 엄비5 |
| | | ② 본인 주소, 거소의 동거인 | | | |
| | | ③ 본인 근무장소의 사용자, 종업원 등 | | | |
| 3 | ① 내지 ③ 사람이 수령을 거부하므로 그 장소에 서류를 두었다. | ① 송달 받을 본인 | - | | |
| | | ② 본인 영업소, 사무소의 사무원 또는 피용자 | | | |
| | | ③ 본인 주소, 거소의 동거인 | | | |

| 송달한 날짜 | 20 07 년 11 월 26 일 10시 |
| 송달장소 | 서울 중구 남대문로5가 267 |
| 접수인란 | |

위와 같이 송달하였습니다.
2007년 11월 26일
중앙우체국
우편집배원 이성영 ㊞

주의 : 1. 송달방법 중 해당하는 항목(송달방법 ③의 경우에는 수령을 거부한 사람)의 영수인란에 이름 및 관계를 적기 바랍니다(송달방법 ② ③ 란은 송달받을 사람의 근무장소에서 송달서류를 전달한 경우에 한하여 그 내용을 적기 바랍니다).
2. 송달받은 사람으로 하여금 영수인란에 직접 서명 또는 날인하게 하기 바랍니다. 집배원이 대필한 경우에는 "대필"이라고 적어야 합니다. 송달방법 ③의 경우에는 모두 집배원이 서명 또는 날인하기 바랍니다.
3. 「송달장소」란에는 시·군·읍·면·동·번지 등을 상세하게 명확히 기입하기 바랍니다. 다만, 우체국 창구에서 교부한 때에는 "○○우체국 창구"라고만 적기 바랍니다.
4. 우측 상단의 「배달못한 사유」 중 「6. 기타」란에는 1 내지 5의 송달불능사유 어디에도 해당되지 아니

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| LAWRENCE C. GLYNN<br>NICOLETTI HORNIG & SWEENEY<br>Wall Street Plaza<br>88 Pine Street, 7th Floor<br>New York, New York 10005-1801<br>U.S.A | MINISTRY OF COURT ADMINISTRATION<br>967 Seocho-dong, Seocho-gu<br>Seoul 137-750<br>Republic of Korea |

The undersigned applicant has the honour to transmit—in duplicate—the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* _____

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☒ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*—with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes —avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons & Complaint

Done at New York, New York, the 11th day of October, 2007.
*Fait à _____ , le _____*
Signature and/or stamp.   LAWRENCE C. GLYNN
*Signature et/ou cachet.*

1  (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94 (Est. 11/22/77)

*Delete if inappropriate.
*Rayer les mentions inutiles.*

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

   —the (date)
   *—le (date)* _____
   —at (place, street, number)
   *—à (localité, rue numéro)* _____

   —in one of the following methods authorised by article 5—
   *—dans une des formes suivantes prévues à l'article 5:*

     ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a) selon les formes légales (article 5, alinéa premier, lettre a).*

     ☐ (b) in accordance with the following particular method*: _____
       *b) selon la forme particulière suivante :* _____

     ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
       *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

   —(identity and description of person)
   *—(identité et qualité de la personne)* _____

   —relationship to the addressee (family, business or other):
   *—liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants :*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Pièces renvoyées:*
_____
_____

                                           Done at _____, the
                                           *Fait à* _____, *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

                                           Signature and/or stamp.
                                         *Signature et/ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* Lawrence C. Glynn, Nicoletti Hornig & Sweeeney, Wall Street Plaza, 88 Pine Street, New York, New York 10005. The authority to make this request is granted by New York State law, by which an attorney is an officer of the Court.

**Particulars of the parties*:**
*Identité des parties:* _____

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* Cause of action brought by Plaintiff Fortis Corporate Insurance for physical damage to steel coils.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Suit for $750,000.00

**Date and place for entering appearance**:**
*Date et lieu de la comparution:* United States District Court, 500 Pearl Street, New York, New York 10007 within thirty (30) days of receipt of documents.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:* _____

**Date of judgment**:**
*Date de la décision:* _____

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte:* Appearance is required within thirty (30) days of receipt of documents.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* _____

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte:* _____

* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
  *Rayer les mentions inutiles.*

3

*U.S. GPO: 1995-387-155/22596