```
┌─────────────────────────────────────────┐
│ USDC SDNY                    χ ᵉ) ⁴ʳᵉ/T  │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #:                                    │
│ DATE FILED:  7|30|08                      │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

FORTIS CORPORATE INSURANCE a/s/o
SECO STEEL TRADING, INC.,

            Plaintiff,

   -against-

M/V "ATLANTIC FORTUNE", her engines,
boilers, etc., S K SHIPPING CO., LTD., and
ELLORA SEA CARRIERS INC.,

            Defendants.

------------------------------------------------x

Case No.:   07 Civ. 7401 (PKL)

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys for

the parties herein, that the above-captioned matter be and hereby is dismissed with prejudice subject to

plaintiff's right to re-file if settlement is not consummated within sixty (60) days.

Dated: New York, New York
      July 9, 2008

**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
*Fortis Corporate Insurance*

Lawrence C. Glynn (LG 6431)
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
File No.:  65000765LCG

**FREEHILL HOGAN & MAHAR, LLP**
Attorneys for Defendant
*S K Shipping Co. Ltd.
and Ellora Sea Carriers Inc.*

William J. Pallas (WP 6201)
80 Pine Street
New York, New York 10005
(212) 425-1900

SO ORDERED:

_____ 7/30/08
                        U.S.D.J.